**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| SYED MURSHED,<br><br>            Plaintiff,<br><br>    v.<br><br>JENNIFER BASTRESS TAHMASEBI,<br>Acting Chief Executive Officer of<br>AmeriCorps,<br><br>            Defendants. | Civil Action No. 26-0273 (DLF) |

**DECLARATION OF PAUL LANE**

I, Paul Lane, Senior Network Engineer, hereby make the following declaration:

1.  Since January 2002, I have served as a Senior Network Engineer in the Office of Information Technology (OIT) at AmeriCorps. I was originally hired as Network Engineer for OIT in July 1997.

2.  In my role as a Senior Network Engineer, I oversee OIT's Infrastructure Services division, including the General Support System and administration of Microsoft 365 and Azure which holds employee electronic mail and OneDrive.

3.  On behalf of the Agency, I certify that AmeriCorps has not deleted any electronically stored information, cloud backups, and system logs. These same are not otherwise proposed or scheduled for deletion.

4.  The electronically stored information, cloud backups, and system logs remain available and accessible.

5.  I certify that these materials will be preserved throughout the pendency of this litigation.

\*    \*    \*

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. Executed at New Market, Maryland on 27th day of March 2026.

_____

Paul Lane
Senior Network Engineer
AmeriCorps
plane@americorps.gov